**IT IS SO ORDERED.**

Dated:  27 November, 2018 02:13 PM



**JESSICA E. PRICE SMITH**
**UNITED STATES BANKRUPTCY JUDGE**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | Torrance Vaughan | ) Case No. 18-14100 |
| | XXX-XX-4776 | ) Chapter 13 Proceedings |
| | | ) Judge Jessica E. Price Smith |
| | | ) |
| | Debtor | ) |

## ORDER DISMISSING CASE AND RELEASING
## INCOME OF DEBTOR FROM THE JURISDICTION OF THE COURT

This case came on for consideration by the Court upon all the matters scheduled for hearing on November 8, 2018.  The objection to confirmation filed by the Chapter 13 Trustee is sustained.

**IT IS HEREBY ORDERED** that confirmation of the plan is denied, and the case is hereby dismissed.

The Debtor is in material default in funding the Plan, either pursuant to §§1307(c)(4) and 1326(a)(1)(A) of the Bankruptcy Code, or pursuant to this Court's policies and procedures regarding plan funding, which require the Debtor to be current in plan funding at the time of confirmation.

The Debtor and/or the Debtor's employer, as well as the future income of the Debtor, is hereby released from the supervision and control of the Court, as well as any order of the Court requiring payments to the Trustee in this case.

The Trustee is authorized to pay to the Bankruptcy Court an amount equal to the amount of any unpaid filing fees. Any payment made to the Bankruptcy Court for unpaid filing fees shall be paid from funds received either from or on behalf of the Debtor prior to the dismissal of this case and, in order to comply with Bankruptcy Rule 1006(b)(3) and any relevant statute(s), said distribution may be made before (and possibly to the detriment of) any other authorized but unpaid distributions and/or refunds. The Trustee is also authorized to retain the administrative fee on funds received.

Submitted by:
/s/ Lauren A. Helbling
LAUREN A. HELBLING (#0038934)
Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland OH 44114-2321
Phone (216) 621-4268    Fax (216) 621-4806
Ch13trustee@ch13cleve.com

**SERVICE LIST**

Lauren A. Helbling, Chapter 13 Trustee
(served via ECF)

Office of the U.S. Trustee
(served via ECF)

All creditors and parties of interest
(served via ECF)

R J Budway, Attorney for Debtor
(served via ECF)

Torrance Vaughan, Debtor
433 West 10th Street
Elyria OH 44035